FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RYAN CHRISTOPHER BILESKY,<br><br>　　　　　　　Defendant. | NO: 2:14-CR-92-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SUPERVISED RELEASE CONDITION NO. 20 |

BEFORE THE COURT is Defendant Ryan Bilesky's Motion to Modify a condition of his lifetime term of supervised release. ECF No. 60. Defendant seeks to modify Special Condition No. 20 to reduce his restriction from residing within proximity of places where children congregate, including playgrounds, primary and secondary schools, city parks, daycare centers, and arcades, from 1000 feet to 500 feet. ECF Nos. 60 at 1−2; 53 at 4.

Defendant, through counsel from the Federal Defenders, represents that his supervising Probation Officer does not oppose the proposed modification to

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SUPERVISED RELEASE CONDITION NO. 20~ 1

Special Condition No. 20. ECF No. 60 at 3. The Government did not respond to Defendant's motion within the allotted timeframe. *See* LCivR 7.

The Court finds that Defendant has provided good cause to support the proposed modification and that the supervised release conditions, as modified, adequately protect the community. *See* ECF No. 53 at 4 (providing for approval by the supervising Probation Officer of Defendant's residence).

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Condition of Supervised Release, **ECF No. 60**, is **GRANTED**.

2. Special Condition No. 20 is amended to provide:

    You shall not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.

3. The term and all other conditions of Defendant's supervised release remain intact. *See* ECF No. 54.

The District Court Clerk is directed to enter this Order and provide copies to counsel and the United States Probation Office.

**DATED** March 27, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SUPERVISED RELEASE CONDITION NO. 20~ 2